United States District Court
Southern District of Texas
**ENTERED**
June 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DARWIN E RAMOS ARGUETA, § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 1:25-CV-00112 |
| § § | |
| KRISTI NOEM, *et al.*, § § | |
| Respondents. § | |

## **ORDER**

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Ignacio Torteya, III.

Signed on June 6, 2025.

_____
Rolando Olvera
United States District Judge