United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DARWIN E. RAMOS ARGUETA, § § Petitioner, § § v. § § KRISTI NOEM, *et al.*, § § Respondents. § | Civil Action No: 1:25-cv-00112 |

## NOTICE & ORDER TO SHOW CAUSE

Before the Court is Petitioner Darwin Ramos Argueta's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (Petitioner's "§ 2241 Petition"), filed on June 5, 2025. Dkt. No. 2. It has been over 90 days since Petitioner filed his § 2241 Petition and, to date, Petitioner has not effectuated service of process upon the Respondents as required by Federal Rule of Civil Procedure 4. *See* Fed. R. Civ. P. 4(c)(1) ("The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)[.]").

Under Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). But if the plaintiff shows good cause for the failure to effectuate service, "the court must extend the time for service for an appropriate period." *Id.*

Accordingly, Petitioner is **ORDERED** to **SHOW CAUSE** no later than **September 17, 2025** why the Court should not dismiss his § 2241 Petition without prejudice for failure to effectuate service within the time limits prescribed by the Federal Rules of Civil Procedure.

**SO ORDERED**.

**SIGNED** on this **10th** day of **September, 2025**, at Brownsville, Texas.

_____
Ignacio Torteya, III
United States Magistrate Judge