Case 1:25-cv-00112   Document 8   Filed 01/14/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DARWIN E. RAMOS ARGUETA, <br> "Petitioner," <br><br> v. <br><br> KRISTI NOEM, *Secretary of the Department of Homeland Security*, et al., <br> "Respondents." | Civil Action No. 1:25-cv-00112 |

## ORDER

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (Dkt. No. 2) ("Petition"), the "Magistrate Judge's Report and Recommendations" (Dkt. No. 6) ("R&R"), and "Petitioner's "Motion to Dismiss Petition for Writ of Habeas Corpus as Moot" (Dkt. No. 7) ("MTD"). The R&R recommends this Court 1) order Petitioner's counsel to "show cause as to why she should not be sanctioned for failure to comply with" a court order and 2) dismiss the Petition without prejudice for failure to prosecute, serve, and comply with a court order. Dkt. No. 6 at 3.

The R&R was published December 22, 2025. Dkt. No. 6. Objections to the R&R were due January 5, 2026. No objections have been filed. The Court thus reviews the R&R's conclusions for plain error. See *Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Court **ADOPTS the R&R** (Dkt. No. 6). The Petition (Dkt. No. 2) is **DISMISSED without prejudice**, and the MTD (Dkt. No. 7) is **DENIED** as moot. Petitioner's counsel is **ORDERED** to show cause as to why she should not be sanctioned for flouting a court order **by February 13, 2026, at 5 pm CST**. The Clerk of the Court is hereby **ORDERED** to close this case.

1

Signed on this 14th day of January, 2026.

_____
Rolando Olvera
United States District Judge

Case 1:25-cv-00112    Document 8    Filed 01/14/26 in TXSD    Page 2 of 2